Certificate Number: 13858-ILN-DE-037912961

Bankruptcy Case Number: 23-13417



13858-ILN-DE-037912961

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 5, 2023, at 6:53 o'clock PM CST, Kimberly Brown completed a course on personal financial management given by internet by MoneySharp Credit Counseling Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of Illinois.

Date: November 5, 2023

By: /s/Christian Cotto

Name: Christian Cotto

Title: Counselor